### MILLER v MILLER

Ohio Appeals, 1st Dist, Hamilton Co

Decided March 26, 1934

Wm. R. Collins, Cincinnati, for plaintiffs in error.
Foulk & Solomon, Cincinnati, for defendants in error.

For full opinion see 3 OO 170; 197 NE 134; 49 Oh Ap 220.